# IN THE SUPREME COURT OF THE STATE OF NEVADA

TIYACTE HARRIS,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
   and
THE STATE OF NEVADA,
Real Party in Interest.

No. 79200

FILED

AUG 08 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
   DEPUTY CLERK

## *ORDER DENYING PETITION*

This is an original pro se petition for a writ of mandamus seeking an order directing the district court to vacate petitioner's judgment of conviction.

Problematically, petitioner has not provided this court with exhibits or other documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition").

Therefore, without deciding on the merits of the claims raised, we decline to exercise our original jurisdiction in this matter, *see* NRS 34.160; NRAP 21(b); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228,

19-33408

88 P.3d 840, 844 (2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted.").  Accordingly, we

ORDER the petition DENIED.[1]

_____, C.J.
Gibbons

_____, J.          _____, J.
Pickering                                          Hardesty

Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

_____

[1] Based upon our determination in this matter, we find it unnecessary to resolve petitioner's motion to proceed in district court without prepaying fees or costs.